SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 14 2015

CHRISTOPHER A. PRINE
CLERK _____

August 19, 2015

Lydell Anton Jones
#1902538
TDCJ, Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

Erik P. Berglund
300 W. Davis, Suite 515
Conroe, TX 77301
    \* DELIVERED VIA E-MAIL \*

RE:     **Court of Appeals Number:** 01-13-00920-CR     **Trial Court Case Number:** 12-09-09812 CR

Style:   Lydell Anton Jones v. The State of Texas

We are forwarding the following via regular mail:

Copy of court's opinion and judgment issued March 31, 2015

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _Lydell Jones_      Date Received _August 26, 2015_

Lydell A. Jones #1922538
2661 FM 2054 (Coffield Unit)
Tennessee Colony, Texas 75884

77002206699

District Clerk of the Court, Christopher A. Prine
Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2066

NORTH TEXAS TX 750
DALLAS TX 750
10 SEP 2015 PM 4 L

PURPLE HEART
FOREVER USA

MAIL RECEIVED
RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
SEP 14 2015
CHRISTOPHER A PRINE
CLERK